UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SKV HOLDINGS LLC, WALGREENS SPECIALITY PHARMACY LLC, as an entity, and doing business as Walgreens Store # 2902-S-PPT, SOLUS DISTRIBUTORS LLC, as an entity and doing business as Grocery Depot, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | No. 1:15-cv-01027-DAD-GSA<br><br>ORDER DISMISSING ACTION AND CLOSING CASE<br><br>(Doc. No. 14) |

On December 14, 2015, the parties filed a joint stipulation dismissing this action with prejudice, with each party to bear its own costs and attorneys' fees. (Doc. No. 14.) In light of the stipulation, this case has been terminated. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997). The action is hereby DISMISSED with prejudice and

/////

/////

/////

/////

/////

/////

1

without an award of attorneys' fees and costs to either party.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: __**December 15, 2015**__

*/s/ Dale A. Drozd*

DALE A. DROZD
UNITED STATES DISTRICT JUDGE